# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAIDA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 15-4154-JVS (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 13, 2016

　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE